Case 2:11-cv-01901-JAM-DAD Document 2 Filed 07/20/11 Page 1 of 3

AO 240 (Rev. 12/03)

# UNITED STATES DISTRICT COURT
Eastern District of California

**FILED**
JUL 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Kary Ohman

Plaintiff,

v.

Reliance Standard Life Insurance Co.

Defendant.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Kary Ohman_____, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding: that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *See back*

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   *Social Security $2,385.00 monthly*

AO 240 Reverse (Rev. 12/03)

4. Do you have any cash or checking or savings accounts?  ☒ Yes   ☐ No

   If "Yes," state the total amount.  $500.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   Own home - mortage $175,000.00, valued $185,000.00
   Own car - worth $10,000 we owe $7000.00.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   April Ohman - Wife - 50%
   Michael Ohman - Son 75%
   Kaitlyn Ohman - daughter 75%

I declare under penalty of perjury that the above information is true and correct.

June 6 2011                    [signature]
_____              _____
Date                          Signature of Applicant

NOTICE TO PRISONER: A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certififed by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT
Eastern District of California

Kary Ohman

              Plaintiff,

v.

Reliance Standard Life Insurance Co.

              Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER:

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED

☒ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 20th day of July, 2011.

_____
Signature of Judge

_____
Name and Title of Judge