1   David Allen (SBN 87193)
    DAVID ALLEN & ASSOCIATES
2   5230 Folsom Boulevard
    Sacramento, California 95819
3   Telephone: (916) 455-4800
    Facsimile:   (916) 451-5687
4
    Attorneys for Plaintiff
5   KARY OHMAN

6
    Horace W. Green (SBN 115699)
7   C. Mark Humbert (SBN 111093)
    GREEN & HUMBERT
8   220 Montgomery Street, Suite 1418
    San Francisco, California 94104
9   Telephone: (415) 837-5433
    Facsimile:   (415) 837-0127
10
    Attorneys for Defendant
11  RELIANCE STANDARD LIFE INSURANCE COMPANY

12

13
                    **UNITED STATES DISTRICT COURT**
14
                    **EASTERN DISTRICT OF CALIFORNIA**
15

16  KARY OHMAN,                              )
                                             )  Case No. 2:11-CV-01901-JAM-DAD
                        Plaintiff,           )
17                                           )  **STIPULATION TO CONTINUE HEARING**
                   v.                        )  **DATE ON MOTION TO DISMISS; ORDER**
18                                           )
    RELIANCE STANDARD LIFE                   )
19  INSURANCE COMPANY, and DOES 1            )
    through 100,                             )
20                                           )
                        Defendants.          )
21  _____       )

22

23       Plaintiff KARY OHMAN and Defendant RELIANCE STANDARD LIFE

24  INSURANCE COMPANY, by and through their respective counsel of record, hereby

25  stipulate that the hearing on Defendant's Motion to Dismiss, currently scheduled for

26  November 2, 2011 at 9:30 a.m., be continued to November 16, 2011 at 9:30 a.m. or as

27  soon thereafter as the matter may be heard in Courtroom 6 before the Honorable John

28  A. Mendez.

1   The purpose of the continuance is to allow the parties to participate in a voluntary

2   early mediation of this action.

3

4   DATED:  October 12, 2011                    DAVID ALLEN & ASSOCIATES

5

6                                               By: _____/s/ David Allen_____
                                                         David Allen
7
                                                Attorneys for Plaintiff
8                                               KARY OHMAN

9

10

11  DATED:  October 12, 2011                    GREEN & HUMBERT

12

13                                              By: ___/s/ Horace W. Green_____
                                                       Horace W. Green
14
                                                Attorneys for Defendant
15                                              RELIANCE STANDARD LIFE INSURANCE
                                                COMPANY
16

17                          **ORDER**

18

19      **IT IS SO ORDERED.**

20

21  DATE :  October 12, 2011.                   /S/ John A. Mendez
                                                _____
22                                              United States District Court Judge

23

24

25

26

27

28