David Allen (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone: (916) 455-4800
Facsimile:   (916) 451-5687

Attorneys for Plaintiff
KARY OHMAN


Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARY OHMAN,<br><br>             Plaintiff,<br><br>     v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, and DOES 1 through 100,<br><br>             Defendants. | Case No. 2:11-CV-01901-JAM-DAD<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS; ORDER** |

Plaintiff KARY OHMAN and Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate that the hearing on Defendant's Motion to Dismiss, currently scheduled for November 2, 2011 at 9:30 a.m., be continued to November 16, 2011 at 9:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 6 before the Honorable John A. Mendez.

The purpose of the continuance is to allow the parties to participate in a voluntary early mediation of this action.

DATED: October 12, 2011				DAVID ALLEN & ASSOCIATES

						By: ____/s/ David Allen_____
						        David Allen

						Attorneys for Plaintiff
						KARY OHMAN


DATED: October 12, 2011				GREEN & HUMBERT

						By: ___/s/ Horace W. Green_____
						        Horace W. Green

						Attorneys for Defendant
						RELIANCE STANDARD LIFE INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.**

DATE : October 12, 2011.			/S/ John A. Mendez
						_____
						United States District Court Judge