1  David Allen (SBN 87193)
   DAVID ALLEN & ASSOCIATES
2  5230 Folsom Boulevard
   Sacramento, California 95819
3  (916) 455-4800 Telephone
   (916) 451-5687 Facsimile
4
   Attorneys for Plaintiff
5  KARY OHMAN

6  Horace W. Green (SBN 115699)
   C. Mark Humbert (SBN 111093)
7  GREEN & HUMBERT
   220 Montgomery Street, Suite 1418
8  San Francisco, California 94104
   Telephone: (415) 837-5433
9  Facsimile: (415) 837-0127

10 Attorneys for Defendant
   RELIANCE STANDARD LIFE INSURANCE COMPANY
11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15
   KARY OHMAN ,                      )  Case No. 2:11-cv-01901-JAM -DAD
16                                   )
            Plaintiff,               )  **STIPULATION TO CONTINUE**
17                                   )  **HEARING DATE ON MOTION TO**
       v.                            )  **DISMISS**
18                                   )
   RELIANCE STANDARD LIFE            )
19 INSURANCE COMPANY, and DOES       )
   1 to 100,                         )
20                                   )
            Defendants.              )
21 _____   )

22

23     Plaintiff KARY OHMAN and Defendant RELIANCE STANDARD LIFE INSURANCE

24 COMPANY, by and through their respective counsel of record, hereby stipulate that the hearing on

25 Defendant's Motion to Dismiss, currently scheduled for November 16, 2011 at 9:30 a.m., be

26 continued to December 7, 2011 at 9:30 a.m. or as soon thereafter as the matter may be heard in

27 Courtroom 6 before the Honorable John A. Mendez.

28

                                        1
                          **PLAINTIFF'S MEDIATION BRIEF**

The purpose of the continuance is to resolve a scheduling conflict which arose following the completion of the unsuccessful voluntary early mediation of this action.

DATED: November 1, 2011                     DAVID ALLEN & ASSOCIATES


By:   /s/ David Allen
       DAVID ALLEN
       Attorney for Plaintiff
       KARY OHMAN


DATED: November 1, 2011                     GREEN & HUMBERT


By:   /s/ Horace W. Green
       HORACE W. GREEN
       Attorneys for Defendant
       RELIANCE STANDARD
       LIFE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATE: 11/1/2011                             /s/ John A. Mendez

                                            United States District Court Judge