David Allen (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorneys for Plaintiff
KARY OHMAN

Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARY OHMAN, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, and DOES 1 to 100, <br><br>　　　　Defendants. | Case No. 2:11-cv-01901-JAM-DAD <br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS** |

Plaintiff KARY OHMAN and Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate that the hearing on Defendant's Motion to Dismiss, currently scheduled for November 16, 2011 at 9:30 a.m., be continued to December 7, 2011 at 9:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 6 before the Honorable John A. Mendez.

---

1

**PLAINTIFF'S MEDIATION BRIEF**

The purpose of the continuance is to resolve a scheduling conflict which arose following the completion of the unsuccessful voluntary early mediation of this action.

DATED: November 1, 2011                    DAVID ALLEN & ASSOCIATES

                                           By:   /s/ David Allen
                                                 DAVID ALLEN
                                                 Attorney for Plaintiff
                                                 KARY OHMAN


DATED: November 1, 2011                    GREEN & HUMBERT

                                           By:   /s/ Horace W. Green
                                                 HORACE W. GREEN
                                                 Attorneys for Defendant
                                                 RELIANCE STANDARD
                                                 LIFE INSURANCE COMPANY

**ORDER**

   IT IS SO ORDERED.

DATE: 11/1/2011                            /s/ John A. Mendez

                                           United States District Court Judge