1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KARY OHMAN, | ) |
|---|---|
| Plaintiff, | ) Case No. 2:11-CV-01901 JAM DAD |
| v. | ) **ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER FOR IMPROPER VENUE** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100, | ) **(28 U.S.C. § 1406(a))** |
| Defendants. | ) Hearing Date: December 7, 2011<br>) Time: 9:30 a.m.<br>) Courtroom: 6<br>) Hon. John A. Mendez |

On December 7, 2011 Defendant's Motion to Dismiss or in the Alternative to Transfer Action was heard by the Honorable John A. Mendez. The Court, after considering the pleadings and papers on file herein, and the arguments of counsel, and good cause appearing, **HEREBY ORDERS AS FOLLOWS;**

PDF created with pdfFactory trial version www.pdffactory.com

1. Defendant's Motion to Dismiss is denied without prejudice.
2. Defendant's Motion to Transfer Venue under 28 U.S.C. § 1406(a) is GRANTED. The Court orders that, forthwith, this action be transferred to United States District Court, District of Utah.

**IT IS SO ORDERED.**

Dated: 12/14/2011           /s/ John A. Mendez
                            The Honorable John A. Mendez
                            U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com